IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

FILED
JUL - 8 2013
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

CASEY BEVILLE, )
                Plaintiff, )
)
vs. ) No. CIV-12-1361-W
)
VALLEYLAB, a division of COVIDIEN, )
INC., formerly TYCO HEALTHCARE )
GROUP, LP, )
)
                Defendant. )

## ORDER

In light of the Response and Confession to Defendant's Motion for Summary Judgment [Doc. 31] filed by plaintiff Casey Beville on July 2, 2013, the Court directed the parties to confer and to advise the Court in writing

(a) whether any pre-judgment issues remained for resolution in connection with Beville's claim of manufacturers' products liability against defendant Valleylab, a division of Covidien, Inc., formerly Tyco Healthcare Group, LP ("Valleylab"); and

(b) if not,[1] whether ValleyLab's Motion for Summary Judgment may be granted and judgment entered in favor of Valleylab and against Beville.

Pursuant to the Court's Order, the parties have informed the Court that no pre-judgment issues remain for resolution and that judgment may be granted in Valleylab's favor. See Doc. 33.

Accordingly, the Court

(1) GRANTS Valleylab's Motion for Summary Judgment [Doc. 28] filed on May 31,

---

[1] If pre-judgment issues did remain, the parties were directed to identify those issues and advise the Court what further action, if any, was needed to resolve those issues.

2013; and

    (2) ORDERS that judgment in favor of Valleylab and against Beville issue forthwith.

    ENTERED this _8th_ day of July, 2013.

                                                LEE R. WEST
                                                UNITED STATES DISTRICT JUDGE